**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: EDWARD R. LETTERER & MARGARET E. LETTERER        Case Number: 07-72318
1420 N. RIVER ROAD                    SSN-xxx-xx-4107 & xxx-xx-6718
MCHENRY, IL  60050

Case filed on:    9/26/2007
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,990.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | EDWARD R. LETTERER | 0.00 | 0.00 | 1,990.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,990.00 | 0.00 |
| 001 | PHH MORTGAGE CORP SERVICE CENTER | 102,264.83 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 102,264.83 | 0.00 | 0.00 | 0.00 |
| 002 | AT&T UNIVERSAL CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CARSON PIRIE SCOTT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHASE BANK USA NA | 9,872.65 | 9,872.65 | 0.00 | 0.00 |
| 006 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHASE BANK USA NA | 701.24 | 701.24 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 10,613.66 | 10,613.66 | 0.00 | 0.00 |
| 010 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 5,105.33 | 5,105.33 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 486.09 | 486.09 | 0.00 | 0.00 |
| 013 | LVNV FUNDING LLC | 275.21 | 275.21 | 0.00 | 0.00 |
| 014 | RECOVERY MANAGEMENT SYSTEMS CORP | 885.83 | 885.83 | 0.00 | 0.00 |
|  | Total Unsecured | 27,940.01 | 27,940.01 | 0.00 | 0.00 |
|  | Grand Total: | 130,204.84 | 27,940.01 | 1,990.00 | 0.00 |

Total Paid Claimant:     $1,990.00
Trustee Allowance:         $0.00           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00            discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008        By  /s/Heather M. Fagan